Certificate Number: 05375-CAC-DE-029218345

Bankruptcy Case Number: 17-13901



05375-CAC-DE-029218345

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 8, 2017, at 6:18 o'clock PM PDT, Thang D Nguyen completed a course on personal financial management given by internet by #1$t Choice Credit Counseling & Financial Education a/k/a DBSM, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  May 8, 2017

By:  /s/Danette Banyai

Name:  Danette Banyai

Title:  Director